# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THE LAW OFFICE OF A.J. KUNG, INC., D/B/A KUNG & BROWN, <br> Appellant, <br> vs. <br> RONNI COUNCIL, AN INDIVIDUAL; ORGANIZED KARMA, LLC, A NEVADA LIMITED LIABILITY COMPANY; ALCHEMY, LLC, A NEVADA LIMITED LIABILITY COMPANY; KATHLEEN GILLESPIE, AN INDIVIDUAL; AND DRIVER DRIVER, INC., A NEVADA CORPORATION, <br> Respondents. | No. 80197 <br><br> **FILED** <br><br> MAR 10 2020 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY S. Young <br> DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to strike an attorney's lien and from a stipulated judgment. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect. It appeared that appellant was not a party to the underlying proceedings and thus lacked standing to appeal. *See* NRAP 3A(a) (allowing an aggrieved party to appeal); *Albert D. Massi, Ltd. v. Bellmyre*, 111 Nev. 1520, 908 P.2d 705 (1995) (concluding that an attorney was not a party to his client's case and did not have standing to appeal an order determining his attorney's lien). In response, appellant concedes that it lacks standing to prosecute this

20-09498

appeal and agrees to the dismissal of this appeal. Accordingly, as appellant lacks standing to appeal, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Mark R. Denton, District Judge
Lansford W. Levitt, Settlement Judge
Kung & Brown
McDonald Carano LLP/Las Vegas
Garman Turner Gordon
Melanie Hill Law PLLC
Eighth District Court Clerk